**United States District Court**
**District of Massachusetts**

| | | |
|---|---|---|
| **Luiz Fellyphe Mota Marinho,**<br>**Petitioner,**<br>**v.**<br>**Antone Moniz, et al,**<br>**Respondents.** | ) | **Civil Action No.**<br>**26-15127-NMG** |

**ORDER**

**GORTON, J.**

This case arises from the petition for writ of habeas corpus (Docket No. 1) and motion for temporary restraining order (Docket No. 2) of petitioner Luiz Fellyphe Mota Marinho ("petitioner" or "Mota Marinho"). He contends that Antone Wesling and other name respondents ("respondents") have detained him in violation of his rights under the Fifth Amendment to the United States Constitution, and he seeks an order of this Court directing the government either to release him or to afford him a bond hearing pursuant to 8 U.S.C. §1226(a).

Respondents agree that petitioner is entitled to a bond hearing pursuant to §1226(a). Respondents accordingly move to hold the petition in abeyance until a bond hearing before the Executive Office for Immigration Review ("EOIR") is held but he does not provide a date for that bond hearing. Although the

Court acknowledges that EOIR's Practice Manual indicates that bond hearings will be scheduled for the "earliest possible date," see U.S. Dep't of Justice, EOIR Imm. Pract. Manual, c. 9.3(d), in this case the regulation is insufficient.

Absent a firm date for the bond hearing, respondent's motion to hold the matter in abeyance (Docket No. 7) is **DENIED**, and the petition for writ of habeas corpus (Docket No. 1) and motion for temporary restraining order (Docket No. 2) are **ALLOWED** insofar as they seek a bond hearing that complies with the standards set forth in Hernandez-Lara v. Lyons, 10 F.4th 19 (1st Cir. 2021). The Court directs that petitioner be released unless he is afforded a bond hearing that complies with the standards set forth in Hernandez-Lara within seven days of the date of this order.

**So ordered.**

Nathaniel M. Gorton
Nathaniel M. Gorton
Senior United States District Judge

Dated: November 23, 2026